## WETHERILL v. FLANAGAN et al.

September 11, 1838.

*Motion for judgment against garnishees.*

Where on interrogatories put to garnishees, in foreign attachment, as to the possession of moneys of the defendant, the garnishees in their answers do not explicitly and unqualifiedly admit it, judgment will not be entered against them on the answers.

THIS was a *scire facias* against garnishees in foreign attachment. The plaintiff had filed interrogatories as to the possession of moneys of the defendant by the garnishees, and the garnishees had answered them. The answers contained various statements, in which there did not appear an unqualified admission of the possession of moneys of the defendant in the attachment, but several matters were stated in a conditional or alternative form.

The plaintiff moved for judgment against the garnishees on these answers.

*Henderson,* for the motion cited *Sergt. on Att.* 26 ; 2 *Whart.* 244.

Per Curiam.—Judgment can be asked in those cases only where there is an explicit and unqualified admission by the garnishees, of the possession of moneys of the defendant. If there is any question of law for the court, it must be raised on the pleadings, and if any question of fact is uncertain, it must go before a jury.

Motion refused.